## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | C.A. No. 17-374-LPS <br> (CONSOLIDATED) |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant Macleods Pharmaceuticals Ltd., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

Dated: January 8, 2018

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Kevin M. Capuzzi
Stephen M. Ferguson (Bar No. 5167)
Kevin M. Capuzzi (Bar No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Tel: (302) 442-7010
sferguson@beneschlaw.com
kcapuzzi@beneschlaw.com

*Attorneys for Defendant*

IT IS SO ORDERED this 9th day of January, 2018.

_____
The Honorable Leonard P. Stark